**Electronically Filed
Supreme Court
SCWC-14-0000510
06-JAN-2016
10:42 AM**

SCWC-14-0000510

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

———————————————

JP MORGAN CHASE BANK, NATIONAL ASSOCIATION,
Respondent/Plaintiff-Appellee,

vs.

MARGARET J. YOUNG, JORDAN M. YOUNG,
Petitioners/Defendants-Appellants.

———————————————

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0000510; CIVIL NO. 11-1-0224)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Nakayama, Acting C.J., McKenna, Pollack, and Wilson, JJ., and
Circuit Judge Crandall, in place of Recktenwald, C.J., recused.)

Petitioners/Defendants-Appellants Margaret J. Young's

and Jordan M. Young's application for writ of certiorari filed on

November 27, 2015, is hereby rejected.

DATED:  Honolulu, Hawai'i, January 6, 2016.

Gary Victor Dubin and
Frederick J. Arensmeyer
for petitioners

Lester K.M. Leu and
Andrew Y.C. Lee
for respondent

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

/s/ Virginia L. Crandall

